UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES THIEL,

    Plaintiff,                              Case No. 05-60161

v.                                        Honorable John Corbett O'Meara

THE LIFE INSURANCE COMPANY OF
NORTH AMERICA, et. al.,

    Defendants.
    _____/

## ORDER DENYING PLAINTIFF'S AUGUST 8, 2006 MOTION FOR DISQUALIFICATION

This matter came before the court on plaintiff Charles Thiel's August 8, 2006 motion to disqualify the court. The court heard oral argument on the motion August 14, 2006. For the reasons set forth on the record, it is hereby **ORDERED** that Plaintiff's August 8, 2006 motion for disqualification is **DENIED.**

It is further **ORDERED** that Plaintiff may submit proposed findings of fact and conclusions of law, or written objections to defendant LINA's proposed findings of fact and conclusions of law, on or before August 25, 2006.

                                                          s/John Corbett O'Meara
                                                          United States District Judge

Dated: August 17, 2006

<u>Certificate of Service</u>

    I hereby certify that a copy of this order was served upon counsel of record electronically on August 17, 2006.

<u>s/William Barkholz</u>
Case Manager
